[Nos. 18559-1-III; 18769-1-III;   Division Three.   December 19, 2002.]
19671-2-III; 19672-1-III.

*In the Matter of the Estate of* HERMAN L. MARTIN.

*In the Matter of the Estate of* PENNY D. MARTIN.

GREGORY C. MARTIN, *Respondent*, v. PENNY D. MARTIN, ET AL., *Appellants.*

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated April 10, 2003. Substitute opinion filed. See 116 Wn App. 1038.

[Nos. 18931-7-III; 19613-5-III.   Division Three.   December 19, 2002.]

*In the Matter of the Marriage of* MARCIA KELLEY
WICHETA, *Appellant*, and WILLIAM EDMOND
WICHETA III, *Respondent.*

Appeals from judgments of the Superior Court for Chelan County, No. 97-3-00392-8, John E. Bridges, J., entered November 5, 1999, and September 18, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 19891-0-III.   Division Three.   December 19, 2002.]

*In the Matter of the Marriage of* MARCIA KELLEY
WICHETA, *Appellant*, and WILLIAM EDMOND
WICHETA III, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 97-3-00392-8, John Hotchkiss, J., entered December 21, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.